**STATE v. WOODS**

[356 N.C. 121 (2002)]

STATE OF NORTH CAROLINA v. JAMES R. WOODS

No. 667A01

(Filed 28 June 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 146 N.C. App. 686, 554 S.E.2d 383 (2001), affirming an order entered 16 May 2000 by Smith (W. Osmond, III), J., in Superior Court, Caswell County. Heard in the Supreme Court 15 May 2002.

*Roy Cooper, Attorney General, by John G. Barnwell, Assistant Attorney General, for the State.*

*George B. Daniel, P.A. by John M. Thomas, for defendant-appellant.*

PER CURIAM.

AFFIRMED.